PROB. 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 99-CR-00307-06(PG) |
| DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT: PUERTO RICO | DIVISION: U.S. PROBATION OFFICE |
|---|---|---|
| **SAMUEL VELAZQUEZ CARABALLO** | NAME OF SENTENCING JUDGE **Hon. Juan M. Pérez-Giménez** | |

RECEIVED
MAR 27 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

| DATES OF SUPERVISED RELEASE | FROM 10/11/2005 | TO 10/10/2010 |
|---|---|---|

21 U.S.C. § 84_ ... icy to possess with intent to distribute cocaine, a class "B" felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 2-29-08 | Juan M. Pérez Giménez |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| APR 11 2008 | James F. Holderman |
|---|---|
| Effective Date | United States District Judge |

FILED
4-14-08
APR 14 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE PALLMEYER

08 CR 309

08 CR 309

MAGISTRATE JUDGE VALDEZ